UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USB Technologies, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Micron Consumer Products Group, Inc. d/b/a LEXAR, a Delaware corporation,<br><br>Defendant. | Case No. 2:16-CV-05256-BRO-GJS<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS MATTER IN ITS ENTIRETY** |

The Court having reviewed the Joint Stipulation to Dismiss this matter in its entirety, filed by Plaintiff USB Technologies, LLC, and Defendant Micron Consumer Products Group, Inc., and good cause appearing, it is hereby ORDERED as follows:

1. Plaintiff's Complaint for Patent Infringement and Permanent Injunction is hereby dismissed with prejudice.

2. Defendant's Counterclaim for Declaration of Non-Infringement of the '866 Patent and for a Declaration of Invalidity of the '866 Patent is hereby dismissed with prejudice.

1  In light of the parties' specific dismissals of the above-claims, this matter is
2  dismissed in its entirety.  Each party shall bear its own attorneys' fees and costs.
3  IT IS SO ORDERED.

4

5  DATED: November 18, 2016

6                                                    By:  _____
7                                                          Honorable Beverly R. O'Connell
8                                                          United States District Court Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28